**HOWARD FEED MILLS, INC.,** a corporation, v. **RUBY V. WILLIAMS.**

28 So. (2nd) 541                                June Term, 1946
December 17, 1946                               Division A
Rehearing Denied June 13, 1947

Affirmed.

**ELIZABETH D. COOPER** v. **CLAUDE V. COOPER**

28 So. (2nd) 541                                June Term, 1946
December 20, 1946                               Division A
Rehearing Denied June 9, 1947

Affirmed.

**CITY OF MIAMI** v. **MARIAN ESTILLE SMITH**

29 So. (2nd) 210                                June Term, 1946
January 10, 1947                                Special Division B

Affirmed.

**TALMADGE D. ATKINS,** as executor of the Estate of Frances H.
Hamlen, deceased, v. **FIRST CONGREGATIONAL CHURCH OF
MELBOURNE,** a Florida corporation; **IRVING WALKER,** Pastor;
**MRS. GERTRUDE SHERWOOD,** Secretary; **J. BRUCE DICK,**
Clerk; **H. C. KENNEDY,** Treasurer; **B. A. THOMAS** and **TREZ-
AVANT HOLMES,** as and constituting the Board of Trustees of
the First Congregational Church of Melbourne.

29 So. (2nd) 210                                June Term, 1946
January 10, 1947                                Special Division B

Affirmed.

**NATHAN SHAYNE** and **DOROTHY SHAYNE,** his wife, v. **SURFSIDE
DRUG CO.,** a Florida corporation, **FRANK L. HARNEY, JR.,** and
**BETTY HARNEY,** his wife.

29 So. (2nd) 210                                June Term, 1946
January 13, 1947                                Division A

Affirmed.

**DEAN BAZINET** v. **TATUM INVESTORS, INC.,** a dissolved Florida
Corporation, et al.

29 So. (2nd) 210                                June Term, 1946
January 13, 1947                                Division A

Affirmed.